# IN THE UNITED STATES DISCTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **AL BROOKS,** | ) | CASE NO.: 1:07CV1253 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER |
| | ) | |
| -vs- | ) | |
| | ) | |
| **DENNCO, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

Per Fed. R. Civ. P. 41, Parties, Al Brooks and Dennco, Inc., stipulate that Plaintiff's claims against Defendant, Dennco, Inc., and hereby dismissed with prejudice. Each party shall bear its, his or her respective costs and attorneys' fees in connection with the claims dismissed herein.

Respectfully submitted,

THE NORTON LAW FIRM CO., LPA

10/10/2007 - It is so ordered.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

*/s/ Eric Norton*
_____
ERIC NORTON (0071563)
Cedar-Grandview Building, Suite No. 6
12434 Cedar Road
Cleveland Heights, Ohio  44106
Ph.: (216) 791-0000
Fax: (216) 791-6888
E-mail: nortonlawfirm@yahoo.com

Counsel to Plaintiff

-and-

                    */s/ James Imbrigotta (per telephone consent)*

                    JAMES IMBRIGOTTA (0040317)
                    Glowacki and Associates Co., LPA.
                    510 Leader Building
                    526 Superior Avenue E
                    Cleveland, OH 44114
                    Ph: (216) 696-7445   Fax: (216) 696-0318
                    E-mail: mail@glowacki-associates.com

                    Counsel to Defendant

## **CERTIFICATE OF SERVICE**

A true and accurate copy of the foregoing was sent via the Court's electronic filing system, on **October 8, 2007**, to counsel for all partie(s).

                    */s/ Eric Norton*

                    ERIC NORTON (0071563)